# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3211

_____

Allen Bishop,                       *

                              *

            Appellant,        *

                              *   Appeal from the United States

    v.                        *   District Court for the

                              *   Western District of Arkansas.

Tyson Foods, Inc.,          *

                              *   [UNPUBLISHED]

            Appellee.         *

_____

Submitted: April 6, 2010
Filed: April 22, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Allen Bishop appeals the district court's[1] adverse grant of summary judgment in his Title VII and 42 U.S.C. § 1981 action. After de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we find no error in the district court's order, see Anda v. Wickes Furniture Co., 517 F.3d 526, 531-32, 534 (8th Cir. 2008) (elements of hostile-work-environment and constructive-discharge claims); Sallis v. Univ. of Minn., 408 F.3d 470, 476 (8th Cir. 2005) (elements of race-discrimination claim). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.